# MEMO ENDORSEMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 28, 2014

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - :
PEARL ANTHONY,                        : 13 Civ. 4077 (PAC) (JCF)
                                      :
            Plaintiff,                : REPORT AND
                                      : RECOMMENDATION
        - against -                   :
                                      :
ADA PERRY, HARLEM HOSPITAL            :
PSYCHIATRIC DEPT., RITA RIZZO,        :
ESQ., CITY MARSHAL, KENYA ANTHONY,    :
LT. MICHAEL, and CITY OF NEW YORK,    :
                                      :
            Defendants.               :
- - - - - - - - - - - - - - - - - - - :

TO THE HONORABLE PAUL A. CROTTY, U.S.D.J.:

**Memo Endorsement:** No objections having been filed, and the Court having determined there is no clear error in the Report and Recommendation, the Court adopts the Magistrate Judge's recommendation. Pursuant to 28 U.S.C 1915(a), I find that any appeal from this order would not be taken in good faith. The Clerk of Court is directed to enter judgment and terminate this case. So Ordered. Copies Mailed By Chambers.

Paul A. Crotty, U.S.D.J 02/28/14

The complaint in this action was filed on June 13, 2013, and an order of service was issued on June 20, 2013. However, service on the defendants was never effected. By letter dated October 30, 2013, I advised the plaintiff to submit within two weeks a letter setting forth any reasons why the action should not be dismissed. Ms. Anthony responded, indicating that she was unfamiliar with the legal requirements. Accordingly, I issued a Memorandum Endorsement dated November 13, 2013, extending her time to effect service until December 31, 2013. At that time, I stated that no further extensions would be granted, and I directed the plaintiff to contact the Pro Se Office of the Court if she required assistance. Service still has not been effected; instead, Ms. Anthony sent a letter dated December 31, 2013, attaching papers that apparently relate to a different case she filed in this Court (13 Civ. 4519

MEMO ENDORSEMENT